IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL A. HESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0283 |
| ) | Judge Trauger |
| E-LOAN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 6, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 21), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's previous Order.

It is so **ORDERED**.

ENTER this 2nd day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge